**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**COREY GUDE**                                                              **PLAINTIFF**
**ADC #181126**

**v.**                              **No: 4:24-cv-00532-JM**

**DOES**                                                              **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 12th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE